# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                NO. 2022 KW 0698

VERSUS

KESHUNTA SELDERS                                **AUGUST 12, 2022**

---

In Re:   Keshunta Selders, applying for supervisory writs, 21st
         Judicial District Court, Parish of St. Helena, No.
         22923.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is **ORDERED** to direct the court reporter for Division D to prepare the transcript of relator's guilty plea and sentencing in case number 22923 and file the transcript(s) with the Clerk of Court for the 21st Judicial District Court, Parish of St. Helena, on or before September 12, 2022. The Clerk of Court is then ordered to forward said transcript(s) to relator on or before September 19, 2022, if it has not already done so.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT